IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF   CV 08 80240 MISC

Kevin Paul Bjerregaard - #127949

_____/

**ORDER TO SHOW CAUSE**

VRW

It appearing that Kevin Paul Bjerregaard has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.21 of the California Rules of Court and that pursuant to this provision, he may not practice law in the State of California effective August 27, 2008,

**IT IS SO ORDERED**

That respondent show cause in writing on or before December 29, 2008 as to why he should not be suspended from practice before this court, pending further notice from the State Bar of California, that his status has been activated.

Dated: NOV 24 2008

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:
Kevin Paul Bjerregaard
Attorney At Law
20072 SW Birch Street, Suite 260
Newport Beach, CA 92660-1718