FILED

JAN 26 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                      No CV-08-80240 MISC VRW

Kevin Paul Bjerregaard,
                                       ORDER
    State Bar No 127949
_____/

On November 24, 20008, the court issued an order to show cause (OSC) why Gerald Ruch Barrick should not be removed from the roll of attorneys authorized to practice law before this court, based on his resignation from the State Bar, effective August 27, 2008, with disciplinary charges pending. The OSC was mailed to Mr Bjerregaard's address of record with the State Bar. Mr Bjerregaard has filed no response to the OSC.

The court now orders Kevin Paul Bjerregaard removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Kevin Paul Bjerregaard,

_____/

Case Number: C 08-80240 MISC VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 26, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kevin Paul Bjerregarrd
20072 SW Birch Street, Ste 260
Newport Beach, CA 92660-1718

Dated: January 26, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*